UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC, | Case No.18-cv-05951-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.7.13.182, | Re: Dkt. No. 11 |
| Defendant. | |

The Plaintiff Strike 3 Holdings, LLC, has advised the Court that the parties have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Should neither party notify the Court of the need to place the matter back on calendar, the matter shall be deemed dismissed with prejudice.

Dated: December 21, 2018

_____
SALLIE KIM
United States Magistrate Judge